IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS A. BENJAMIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION | : | |
| Defendant. | : | No.: 09-4885 |

**O R D E R**

**AND NOW**, this  23RD  day of May, 2011, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 11) and Plaintiffs' Response in Opposition to the Motion for Summary Judgment, (Doc. No. 21), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:


 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE